STROUP *v.* THE STATE.

GRICE, Justice. 1. It was no valid objection to the introduction of a photograph of certain premises where a crime was alleged to have taken place, that the photograph was made on a date later than that on which, as alleged, the occurrence took place, where it appeared from the evidence of a witness on whom the crime was charged to have been committed that the photograph correctly portrayed the place referred to.

2 The evidence supported the verdict, which had the approval of the trial judge. *Judgment affirmed. All the Justices concur.*

No. 14684. NOVEMBER 10, 1943.

*James R. Venable, Frank A. Bowers,* and *Frank T. Grizzard,* for plaintiff in error. *T. Grady Head, attorney-general, John A. Boykin, solicitor-general, Quincy O. Arnold, J. R. Parham, Durwood T. Pye,* and *L. C. Groves, assistant attorney-general,* contra.